IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DOUGLAS A. MORIN,**

    **Petitioner,**

**v.**                                                       **Case No. 4:22-cv-242-AW-MAF**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## ORDER REJECTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 8, 2022 report and recommendation. ECF No. 3. I have also considered Petitioner Douglas Morin's various subsequent filings.

Morin seeks to remove certain criminal cases to this court. The magistrate judge rejects this, stating that "only a civil action may be removed from state court to federal court." ECF No. 3 at 2. This is not correct. In fact, the statute Morin cites at the outset of his initial filing—28 U.S.C. § 1455(a)—shows as much. *See* ECF No. 1 at 1. That statute provides the procedures for "defendants desiring to remove any criminal prosecution from a State court." 28 U.S.C. § 1455(a); *see also, e.g.,* 28 U.S.C. §§ 1442a, 1443.

Nonetheless, it appears highly unlikely that Morin will succeed here. The categories of criminal cases properly removable are quite narrow, and there are

1

procedural requirements to contend with. *See* § 1455(b). But I will leave those issues to the magistrate judge to evaluate in the first instance.

The magistrate judge's report and recommendation (ECF No. 3) is REJECTED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on July 28, 2022.

s/ *Allen Winsor*
United States District Judge

2